**Dr. Robert V. SNYDERS, Plaintiff/Appellant,**

v.

**The ST. LOUIS POST–DISPATCH, et al., Defendants/Respondents.**

No. 72564.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 9, 1998.

Application for Transfer Denied March 24, 1998.

Robert V. Snyders, pro se.

Robert Hoemeke, St. Louis, for St. Louis Post–Dispatch.

Peter Sadowski, St. Louis, for Mr. & Mrs. Kohn & The Brentmoor, LLC.

Before AHRENS, C.J., and CRANDALL, and KAROHL, JJ.

**ORDER**

PER CURIAM.

Plaintiff, Robert V. Snyders, appeals from the dismissal of his action for defamation

1. Defendants' requests for this court to dismiss the appeal for the failure of plaintiff's brief to comply with Rule 84.04 and to assess damages

against defendants, St. Louis Post–Dispatch, et al., for failure to state a claim.

We have reviewed the record on appeal and find that no error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).[1]

against plaintiff for frivolous appeal under Rule 84.19 are denied.